-1-

**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO. 05-487 PAM/RLE**

| | |
|---|---|
| Danielle Holder, | Civil File No. 05-487 PAM/RLE |
| Plaintiff, | |
| vs. | **ORDER** |
| Phillips & Cohen Associates, Ltd., Michael Pernan, Paul Nelson, Mr. Pollack, Priscilla Doe and John Doe, | |
| Defendants. | |

**ORDER FOR JUDGMENT OF DISMISSAL**

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FUTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

BY THE COURT

Dated: June  15 , 2005           s/Paul A. Magnuson
                                 The Honorable Paul A. Magnuson
                                 Judge of United States District Court